## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:24-cv-62371-LEIBOWITZ/AUGUSTIN-BIRCH

**ALPHONSE STEVENS**,

    *Plaintiff,*

*v.*

**ASSET RECOVERY BUREAU LLC**,

    *Defendant.*

_____/

### ORDER

**THIS CAUSE** is before the Court on the parties' Notice of Settlement [ECF No. 20].  On April 23, 2025, the Court directed the parties to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within sixty (60) days from the date of the Order.  [ECF No. 21].  The Court further notified the parties that "[i]f such papers [were] not filed within the time specified, this matter [would] be dismissed, and the Court [would] be divested of jurisdiction to enforce the settlement agreement." [*Id.*].  More than 60 days have passed, and the parties have not filed the required papers.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**.  Each party shall bear its own attorneys' fees and costs.  *The Clerk* is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 6, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record